**Opinion issued April 30, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00429-CV

————————————

## IN RE LACANDREAL JACKSON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator LaCandreal Jackson has filed a petition for writ of mandamus seeking to have this Court order a justice court to dissolve a receivership.[1]

This Court's mandamus jurisdiction is governed by the Texas Government Code. *See* TEX. GOV'T CODE § 22.221.  A court of appeals may issue writs of

---

[1] The underlying case is *Reliant Energy Retail Services, LLC v. LaCandreal Jackson a/k/a LaCandreal Shockritta Jackson*, cause number 244100067359, pending in the Justice Court, Precinct 4, Place 1 of Harris County, Texas, the Honorable Lincoln Goodwin presiding.

mandamus against (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52 of the Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Family Code in the court of appeals district for the judge who appointed the associate judge. *Id*. § 22.221(b), (c). The courts of appeals also may issue all writs necessary to enforce the court of appeals' jurisdiction. *Id*. § 22.221(a).

Relator's petition for writ of mandamus requests that this Court issue a writ of mandamus against a justice court. This Court lacks mandamus jurisdiction over a justice court. *See* TEX. GOV'T CODE § 22.221(b), (c); *see also In re Jackson*, No. 01–15–00822–CV, 2016 WL 269263, at *1 (Tex. App.—Houston [1st Dist.] Jan. 21, 2016, orig. proceeding) (per curiam) (mem. op.) (dismissing mandamus petition for want of jurisdiction against justice of peace) (citations omitted). Nor does relator's petition demonstrate that the relief she requests is necessary to enforce our jurisdiction.

We dismiss the petition for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.